**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| | : | |
| **v.** | : | |
| | : | **MAGISTRATE 26-MJ-00049** |
| **TISHA LEE,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1343** |
| | : | **D.C. Code § 22-3221(b)** |
| **Defendant.** | : | |

**<u>INFORMATION</u>**

The United States Attorney charges that:

**<u>COUNT ONE</u>**

**(WIRE FRAUD)**

1.      Between on or about April 1, 2025, and May 28, 2025, in the District of Columbia and elsewhere, the defendant, TISHA LEE, and others known and unknown devised and intended to devise a scheme to defraud Company A and to obtain property from Company A, to wit, a lease of an apartment, by means of materially false and fraudulent pretenses, representations, and promises. Specifically, defendant created and provided a false and fraudulent letter to PERSON 1, who was the applicant for that apartment lease, purporting to constitute an offer of employment to PERSON 1 from the U.S. Government Publishing Office ("GPO").

2.      On or about May 22, 2025, in the District of Columbia and elsewhere, for the purpose of executing and attempting to execute and aiding and abetting the execution of the aforementioned scheme to defraud, defendant TISHA LEE, did willfully cause to be transmitted by means of wire communication in interstate commerce certain writings, signals, and sounds, that is, the electronic transfer of an email from her account at [tlee@gpo.gov](mailto:tlee@gpo.gov) to PERSON 1, who resided in Washington, D.C.

3.      Further wire communications in furtherance of this scheme to defraud included a May 28, 2025, email from Company A to TISHA LEE requesting verification of the apartment applicant's

employment with GPO, and an email from TISHA LEE to Company A on that same day providing the requested written verification.

**(Wire Fraud, in violation of 18 U.S.C. § 1343)**

### COUNT TWO
**(Fraud in the Second Degree)**

4.       Paragraphs 1 through 3 are incorporated herein by reference.

5.       Between on or about April 1, 2025, and May 28, 2025, in the District of Columbia and elsewhere, the defendant, TISHA LEE, and others known and unknown, engaged in a scheme or systematic course of conduct with intent to defraud or to obtain property of another by means of a false or fraudulent pretense, representation or promise. Specifically, TISHA LEE provided to PERSON 1 a false and fraudulent letter purporting to evidence an offer of employment from GPO to PERSON 1, and also provided further false and fraudulent statements claiming to verify PERSON 1's employment with GPO with the intent of assisting PERSON 1 to obtain an apartment lease based on the false or fraudulent representation that PERSON 1 was employed by GPO.

**(Fraud in the Second Degree, in violation of D.C. Code § 22-3221(b))**

Respectfully submitted,
JEANINE FERRIS PIRRO
United States Attorney

By: _David B. Deitch_
DAVID B. DEITCH (DC Bar No. 426218)
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, NW
Washington, D.C. 20530
Office: (202) 252-7796
Email: david.deitch@usdoj.gov

Date: May 27, 2026